**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JEFFREY ALAN OLSON, | : No. 93 WM 2017 |
| Petitioner | : |
| v. | : |
| MICHAEL D. OVERMYER, SUPERINTENDENT, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.